UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA,<br><br>                 Plaintiff,<br><br>      v.<br><br>STOOPS NYC IP LLC,<br><br>                 Defendant. | 24-CV-6381 (DEH)<br><br><u>ORDER TO SHOW CAUSE</u> |

DALE E. HO, United States District Judge:

    The Complaint in this case was filed with the Court on August 23, 2024, *see* ECF No. 1, but the docket does not reflect that the Complaint was ever served on the Defendant. Accordingly, it is hereby ORDERED that the Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that the Defendant has been served, when and in what manner such service was made. If the Court does not receive any communication from Plaintiff by **January 24, 2025**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

    Finally, Plaintiff is directed to: (1) notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) file proof of such notice with the Court by January 13, 2025. If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

    SO ORDERED.

Dated: January 9, 2025
       New York, New York

                                                               DALE E. HO
                                                  United States District Judge