UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, <br><br>      Plaintiff, <br><br>  v. <br><br> STOOPS NYC IP LLC, <br><br>      Defendant. | 24-CV-6381 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

 On August 23, 2024, Plaintiff filed its Complaint. *See* ECF No. 1. On January 11, 2025, Plaintiff filed proof of service as to Defendant Stoops NYC IP LLC on September 9, 2024. *See* ECF No. 8. To date, Defendant has not appeared.

 It is hereby ORDERED that Plaintiff shall file a letter on ECF by January 21, 2025, describing any communication it has had with Defendant and describing its efforts to provide Defendant with actual notice of this lawsuit.

 SO ORDERED.

Dated: January 13, 2025
   New York, New York

                       DALE E. HO
                  United States District Judge