UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA,

                Plaintiff(s),

        v.

STOOPS NYC IP LLC,

                Defendant(s).

24-CV-6381 (DEH)

ORDER

DALE E. HO, United States District Judge:

On January 23, 2025, the Court directed Plaintiff to file any motion for default judgment within two weeks, or by February 6, 2025. The Court further directed Plaintiff to electronically serve a copy of this Order on Defendant within two business days and to file proof of such service within three business days.

On February 6, 2025, Plaintiff filed a proposed clerk's certificate of default. To date, however, Plaintiff has not filed a motion for default judgment or proof of service of the Court's January 23, 2025 Order on Defendant. Plaintiff shall file proof of service of the January 23, 2025 Order by **February 14, 2025**.

Plaintiff's deadline to submit a motion for default judgment in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-dale-e-ho) is extended to **February 19, 2025**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at HoNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. **If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.**

Plaintiff shall electronically serve a copy of this Order on Defendant by **February 14, 2025** and shall file proof of such service by **February 18, 2025**.

SO ORDERED.

Dated: February 12, 2025
       New York, New York

                                                                         DALE E. HO
                                                                        United States District Judge