UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
**JUAN IGARTUA**, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED

                Plaintiffs,                No.: 1:24-CV-6381-DEH-OTW

                v.                      **PROOF OF NOTICE**

**STOOPS NYC IP LLC,**

                Defendant.

---------------------------------------------------------------------

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, my office served the foregoing: Your Honor's Order, (Dkt. 11) dated January 23, 2025 (Dkt. 18), the Clerk's Certificate of Default, and all other supporting documents, upon the parties in this action by electronic mail. (See Attached Email dated January 12, 2025)

                Respectfully submitted,

                **JOSEPH & NORINSBERG, LLC**

                Sincerely,

                _____
                Arjeta Albani, Esq.
                Arjeta@employeejustice.com
                *Attorneys For Plaintiff*
                110 East 59th Street, Suite 2300
                New York, NY 10022