**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JUAN IGARTUA, on behalf of himself and all :
others similarly situated, :
: 24-CV-6381 (DEH) (OTW)
Plaintiff, :
: **ORDER**
-against- :
:
STOOPS NYC IP LLC, :
:
Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for Inquest following a default. (ECF Nos. 22, 23).

Accordingly, by **Friday, May 23, 2025,** Plaintiff shall file **(1) proposed findings of fact and conclusions of law, and (2) an inquest memorandum setting forth proof of damages**. Plaintiff's proposed damages figures should be supported by documentary evidence and/or one or more affidavits establishing the proposed figures. Plaintiff must also include documentation supporting the requested attorneys' fees and costs. Plaintiff must serve these documents on the Defaulting Defendant and file proof of service on the docket by **Friday, May 23, 2025**.

Defendant's opposition papers, if any, shall be filed by **Tuesday, June 24, 2025**.

The Court hereby notifies the parties that it may conduct this inquest solely on the parties' written submissions. *See Action S.A. v. Marc Rich & Co., Inc.*, 951 F.2d 504, 508 (2d Cir. 1991). If any party seeks an evidentiary hearing on damages, such party must include the request in its papers, as well as provide reasons why a hearing is necessary, and detail what types of additional evidence, including witnesses, would be presented at the hearing.

Plaintiff is further directed to serve a copy of this Order on the Defaulting Defendant and file proof of service on the docket by **Wednesday, April 30, 2025**.

**SO ORDERED.**

Dated: April 24, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge