UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STOOPS NYC IP LLC,<br><br>Defendant. | Case No.: 1:24-cv-06381-DEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Juan Igartua, hereby gives notice that the above-captioned matter is voluntarily dismissed, without prejudice, against defendant, STOOPS NYC IP LLC,

Respectfully,

**Joseph & Norinsberg, LLC**

Arjeta Albani, Esq.
110 East 59th Street, Suite 2300
New York, NY 10022
Arjeta@employeejustice.com
*Attorneys for Plaintiff*

DATED: May 15, 2025

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: May 16, 2025
New York, New York